**Wanger Jones Helsley PC**
Jay A. Christofferson, #203878
  *jchristofferson@wjhattorneys.com*
265 East River Park Circle, Suite 310
Fresno, California 93720
Telephone:   (559) 233-4800
Facsimile:   (559) 233-9330

Attorneys for Defendants, CRAIG CAMERON,
DALENE CAMERON dba CRAIN CAMERON
HORSEMANSHIP and DOUBLE HORN RANCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DONNA M. STANDARD, | Case No. 1:17-cv-00689-AWI-BAM |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE** |
| v. | |
| CRAIG CAMERON, DALENE CAMERON dba CRAIG CAMERON HORSEMANSHIP (organization form unknown) and as DOUBLE HORN RANCH (organization form unknown) and DOES 1-100, INCLUSIVE, | |
| Defendants. | |

The Initial Scheduling Conference in this matter currently set for August 22, 2017, at 9:00 a.m. is hereby continued to October 3 2017, at 9:30 a.m. in Courtroom 8.

IT IS SO ORDERED.

Dated:  **July 10, 2017**               /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE